AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jessie Jermaine Hammond,<br>*Plaintiff*<br>v.<br>Concrete Pipe and Precast,<br>*Defendant* | )<br>)<br>)  Civil Action No.: 2:20-cv-4048-BHH<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing,** the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** The Magistrate Judge's Report and Recommendation is adopted. The Court dismisses this action with prejudice in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Bruce Howe Hendricks, United States District Judge, having adopted the Magistrate Judge's Report and and Recommendation.

Date:  November 1, 2021                                    CLERK OF COURT

                                                            s/ V. Druce, Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*